IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GEORGE E. WATSON                                                                                    PLAINTIFF

V.                                         CASE NO. 12-CV-4154

FIRESTONE BUILDING PRODUCTS, LLC
a/k/a, FIRESTONE BUILDING PRODUCTS
COMPANY                                                                                             DEFENDANT

## ORDER

Before the Court is Plaintiff's unopposed Motion to Extend Time. (ECF No. 18). Plaintiff requests an extension of the January 20, 2014 discovery deadline as well as an extension of the deadline for filing motions for summary judgment. The trial of this matter is currently set for May 19, 2014.

Upon consideration, the Court finds that good cause for an extension has been shown. Accordingly, the motion should be and hereby is **GRANTED**. The parties' discovery deadline is extended to March 3, 2014. The parties' deadline for filing motions for summary judgment is extended to February 26, 2014. Responses are due on March 12, 2014. Replies, if any, are due on March 19, 2014.[1]

**IT IS SO ORDERED**, this 7th day of February, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] The Court recognizes that the new summary judgment deadline expires before the new discovery deadline. The parties are free to conduct discovery until March 3, but the Court cannot accommodate more time for filing motions for summary judgment without moving the trial date. Any additional requests for summary judgment extensions will not be granted.