IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GEORGE E. WATSON                                                      PLAINTIFF


V.                                    CASE NO. 12-CV-4154


FIRESTONE BUILDING PRODUCTS, LLC
a/k/a, FIRESTONE BUILDING PRODUCTS
COMPANY                                                              DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion of Voluntary Dismissal Without Prejudice. (ECF No.

21). Defendant has notified the Court that it has no objection to the motion. Accordingly, the Court

finds that the motion should be and hereby is **GRANTED**. Pursuant to Rule 41(a)(2) of the Federal

Rules of Civil Procedure, Plaintiff's Complaint against Defendant is hereby **DISMISSED**

**WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 6th day of March, 2014.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge